IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARTIN GUTIERREZ,

      Plaintiff,

v.                                                            CIV 14-0099 KBM/CG

CORRECTIONAL HEALTHCARE COMPANIES,
INC., JOHN/JANE DOE MEDICAL STAFF 1-7,
WARDEN RAMON RUSTIN, JOHN/JANE DOE
CORRECTIONAL OFFICERS 1-10,

      Defendants.

## ORDER FOLLOWING HEARING

      THIS MATTER came before the Court on certain pending motions and Plaintiff's Rule 72(a) Objection to Magistrate Judge's Order Denying Motion to Extend Pretrial Deadlines. The Court held a hearing this day and heard argument from Plaintiff's attorney, Roger I. Smith, and counsel for Defendants – Michelle Lalley Blake for Defendant CHC, Inc. and Taylor Sauer Rahn for Defendant Rustin. For the reasons stated at the hearing,

      IT IS HEREBY ORDERED that: (1) Plaintiff's Opposed Motion to Amend/Correct Complaint (*Doc. 95*) is **denied**; (2) Plaintiff's Objections to Magistrate Judge's Order Denying Motion to Extend Pretrial Deadlines (*Doc. 116*) are **overruled**; and (3) Defendant Correctional Health Care Companies' Motion to Strike Plaintiff's Response in Opposition to Motion for Summary Judgment (*Doc. 120*) is denied.

                                                              _____
                                                               UNITED STATES CHIEF MAGISTRATE JUDGE
                                                              Presiding by Consent